SHARON DOUGLASS MAYO (State Bar No. 150469)
sharon.douglass@aporter.com
VIKRAM SOHAL (State Bar No. 240251)
vikram.sohal@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAPPELL & CO., INC., EMI MILLS MUSIC, INC., TITA CAHN AND JAY MORGENSTERN, CO-TRUSTEES OF THE TITA CAHN TRUST D/B/A CAHN MUSIC COMPANY, STUCK IN THE THROAT MUSIC, FAMOUS MUSIC LLC, SUCCESSOR-IN-INTEREST TO FAMOUS MUSIC CORPORATION,<br><br>        Plaintiffs,<br><br>v.<br><br>CARLUS FOOD & BEVERAGE, INC. AND LUIS CRUZ,<br><br>        Defendants. | Case No. CV 06-8083-JFW (SHx)<br><br>**ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |

55921_1.DOC

Plaintiffs hereby give notice that the Judgment rendered on January 26, 2007 in favor of Plaintiffs and against Defendants Carlus Food & Beverage, Inc. and Luis Cruz, in the above-entitled action, has been satisfied. Plaintiffs therefore respectfully request that the Clerk of this Court make proper entries and recordings to effect full satisfaction of judgment.

Dated: February 25, 2008

ARNOLD & PORTER LLP
SHARON DOUGLASS MAYO
VIKRAM SOHAL

By: _____
VIKRAM SOHAL
Attorneys for Plaintiffs